# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 26, 2014

## NO. 03-12-00215-CR

**Chukwuemeka Mbata, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### AFFIRMED -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.